DOMINICK CORSO, Respondent, *v.* FRANK SCLAFANI et al., Defendants, and FRANK SCLAFANI, Appellant.

Supreme Court, Appellate Term, Second Department, December 14, 1966.

*Harold Seider* for appellant. *Dominick Corso,* respondent in person.

*Per Curiam.* Plaintiff is not entitled to recover for legal services rendered to defendant's wife in a separation action instituted on her behalf and which terminated in defendant's favor (*Weidlich* v. *Richards,* 276 App. Div. 383). Section 237 of the Domestic Relations Law does not, in such circumstances, authorize the maintenance of a post-judgment action for legal services rendered in the matrimonial action (see Practice Commentary of Professor Siegel in McKinney's Cons. Laws of N. Y., Domestic Relations Law, § 237).

The judgment should be reversed, with $30 costs to defendant, and complaint dismissed.

MARGETT and SCHWARTZWALD, JJ., concur; CONE, J., not voting.

Judgment reversed, etc.